UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIE MAYS, JR., | )<br>) |
| Plaintiff, | )<br>) |
| | ) No. 1:18-cv-00261-CDP |
| | ) |
| NEW MADRID COUNTY COURT, et al., | )<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. (Docket No. 8). When this Court dismissed plaintiff's case, it certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court will therefore deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 8) is **DENIED**.

Dated this 25th day of February, 2019.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE